## STATE v. WILLIAM COLLINS.

Court of Quarter Sessions. New Castle. May 19, 1803.

*Rodney's Notes.*

*Rodney, Vandyke* [for State]. *Broom, H. Ridgely* [for defendant].

David Brinton. That morning I saw the prisoner at my house, asked me if I should go out to ride, I told him yes, went to wash,

and while I was gone I expect my desk was robbed. I lost money out of it. About ten minutes after he was gone, I missed it, found my desk had been broken. I lost three keys. That is one of them. I lost two five dollar notes of Delaware. My son David first discovered my desk was broken.

Cross-examined. The drawers were pulled out and papers about the room floor.

David Brinton, Junior. About two o'clock Sunday, April the [——] [1], the prisoner and his friend came to my father's, stayed till Tuesday morning. I was at the desk a quarter of an hour before father got up. Left from eighteen to thirty dollars in it and locked it. Prisoner was to go to Brandywine and I was to tell the stage to stop for him. Had time to go up and take the money after father got up.

Cross-examined. I missed the money ten minutes after prisoner went away, do not recollect whether he paid me his bill in notes or dollars. I missed his friend some time before father got up and never saw him after. They brought a red hair trunk with them, gave me the lock Martin told me came off it. Had lost the key, he got the trunk away.

*Ridgely.* Objects to the admission of the examination, not being proved by Jacob Stout, etc. 2 Hawk.P.C. 604, 2 Hale P.C. 284.

PER CURIAM. Confessions to be read in evidence should be proved by the justice, etc.

*Rodney.* A case where the examination in one county where felon is taken may be transmitted to the next county on the trial.

PER CURIAM. We conceive the examination offered should not be given in evidence unless the justice from Kent before whom it was taken or some other evidence to satisfy the Court was produced to prove the circumstances, whether by menacing, hope, etc.

Allen McLane, Esquire, sworn. Saw the prisoner subscribe the examination.

Francis Dunlap. Know nothing of this prisoner.

Leach 4 or 285. If written examination has been taken by the justice, no parol evidence shall be given.

Hoffuter. Was present when prisoner was arrested, found on him a timepiece, wearing apparel, watch-chains, etc., $4.50 in silver, four keys.

[1] Blank in manuscript.

After going through the evidence, the counsel agreed to submit this cause to the jury.

Verdict, guilty.

On the other indictment for breaking and stealing watches from the store of Thomas Crow and Jonas Alricks, William Collins withdrew his plea of not guilty, pleaded guilty, and submitted to the Court.

Judgment, to be whipped on Saturday, the 28th of May, with eighteen lashes on the first indictment, and 21 lashes on the last, and restitution.